UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          MAGISTRATE NO.: 16- 9302

                                 :

        V.          :          CRIMINAL ACTION

                                   :

Ricardo Gomez          :          ORDER OF RELEASE

 

        The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

        (✓) Reporting, as directed, to U.S. Pretrial Services;

        (✓) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

        (✓) Mental Health testing/treatment as directed by U.S. Pretrial Services:

        (✓) The defendant shall appear at all future court proceedings;

        ( ) Other: _____

_____          _____ 10/26/16 _____
DEFENDANT          DATE

        It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Honorable Anthony R. Mautone
U.S. Magistrate Judge

_____ 10/26/16 _____
DATE